ARTHUR I. WILLNER, SBN 118480
awillner@leaderberkon.com
EMILY K. DOTY SBN 297222
edoty@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
Telephone:   (213) 234-1750
Facsimile:   (213) 234-1747

**ATTORNEYS FOR DEFENDANTS**
VIRGIN AMERICA, INC., ALASKA AIRLINES, INC.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE

| | |
|---|---|
| DONNA DUGO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGIN AMERICA, INC.; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. 30-2018-01022173-CU-CR-CJC<br><br>Hon. Gregory H. Lewis<br><br>**DEFENDANTS VIRGIN AMERICA, INC., AND ALASKA AIRLINES, INC.'S ANSWER TO COMPLAINT FOR DAMAGES AND PERSONAL INJURY**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date Action Filed:  September 28, 2018 |

   COMES NOW Defendants VIRGIN AMERICA, INC. and ALASKA AIRLINES, INC., for themselves and no others ("these answering defendants"), in answer to Plaintiff DONNA DUGO ("Plaintiff")'s Complaint For Damages ("Complaint") on file herein, hereby admits, denies and alleges as follows:

   1.   Pursuant to the relevant provisions of Section 431.30 of the California Code of

Civil Procedure, these answering defendants denies generally and specifically each and every allegation of Plaintiff's Complaint, and the whole thereof, and denies that Plaintiff has been damaged in any amount or sums whatsoever, or at all.

For its affirmative defenses, this answering defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

2.  The Complaint, and each purported cause of action contained therein, fails to state a claim against this answering defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Comparative Fault of Plaintiff)**

3.  These answering defendants are informed and believe and thereon alleges that any injuries or damages to Plaintiff were directly caused in full or in part by Plaintiff's negligence or fault, and that this negligence was a substantial factor in causing her purported damages, for which this answering defendant bears no responsibility.

### THIRD AFFIRMATIVE DEFENSE

**(Comparative Fault of Third Parties)**

4.  These answering defendants are informed and believe and thereon alleges that any injuries or damages to Plaintiff were directly caused in full or in part by the negligence, fault or wrongful conduct of third parties, whom this answering defendant neither controlled nor had the right to control, and for which these answering defendants bear no responsibility. Said acts or omissions comparatively reduce the percentage of negligence, fault and/or liability, if any, of these answering defendants.

### FOURTH AFFIRMATIVE DEFENSE

**(Speculative and/or Uncertain Damages)**

5.  These answering defendants are informed and believe and thereon alleges that Plaintiff's damages, if any, are speculative and/or uncertain and therefore not compensable.

///

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

6. These answering defendants are informed and believe and thereon alleges that the Complaint, and each purported cause of action alleged therein, is barred because Plaintiff failed to mitigate her damages.

## SIXTH AFFIRMATIVE DEFENSE

### (Federal Preemption – Airline Deregulation Act)

7. Plaintiff's Complaint, and each purported cause of action therein, is barred because it is preempted by the Airline Deregulation Act.

## SEVENTH AFFIRMATIVE DEFENSE

### (Federal Preemption – FAA)

8. Plaintiff's Complaint, and each purported cause of action therein, is barred because it is preempted by the Federal Aviation Act and the Federal Aviation Regulations promulgated pursuant to the Act.

## EIGHTH AFFIRMATIVE DEFENSE

### (Contract of Carriage)

9. Plaintiff's Complaint, and each purported cause of action therein, is barred by the Contract of Carriage, the terms of which were incorporated into Plaintiff's ticket.

## NINTH AFFIRMATIVE DEFENSE

### (Air Carrier Access Act)

10. Plaintiff's Complaint, and each purported cause of action therein, is barred because it is pre-empted by the Air Carrier Access Act.

WHEREFORE, this answering defendant prays for relief as follows:

1. That Plaintiff takes nothing pursuant to her Complaint, that judgment is entered in favor of these answering defendants and against Plaintiff, and that the Complaint is dismissed with prejudice;

2. For costs of suit incurred herein;

DEFENDANTS VIRGIN AMERICA, INC., AND ALASKA AIRLINES, INC.'S ANSWER TO COMPLAINT FOR DAMAGES AND PERSONAL INJURY

3. For any reasonable attorneys' fees allowed by law; and

4. For any further relief as the Court may deem just and proper.

Dated: November 20, 2018

LEADER BERKON COLAO & SILVERSTEIN LLP

By: _____
Arthur I. Willner
Emily K. Doty
ATTORNEYS FOR DEFENDANTS
VIRGIN AMERICA, INC. and ALASKA AIRLINES, INC.

# DEMAND FOR JURY TRIAL

Defendants VIRGIN AMERICA, INC. and ALASKA AIRLINES, INC. hereby demand a trial by jury in this matter.

Dated: November 20, 2018

LEADER BERKON COLAO & SILVERSTEIN LLP

By: _____
Arthur I. Willner
Emily K. Doty
ATTORNEYS FOR DEFENDANTS VIRGIN AMERICA, INC. and ALASKA AIRLINES, INC.

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE
*Donna Dugo v. Virgin America, Inc., et al.*
Orange County Superior Court Case 30-2018-01022173

I am over the age of eighteen years and not a party to the within action. I am employed by Leader Berkon Colao & Silverstein LLP, whose business address is: 660 S. Figueroa, Suite 1150, Los Angeles, California 90017 ("the firm").

On November 20, 2018, I served the within document(s) described as:

**DEFENDANTS VIRGIN AMERICA, INC., AND ALASKA AIRLINES, INC.'S ANSWER TO COMPLAINT FOR DAMAGES AND PERSONAL INJURY**

on the interested parties in this action:

☒   by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

*Joseph R. Manning, Jr. Esq.*            *Attorney for Plaintiff:*
*Manning Law APC*                        *Donna Dugo*
*4667 MacArthur Blvd Suite 150*
*Newport Beach, CA 92660*
*Tel. (949) 200-8755*

☒   **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed November 20, 2018 at Los Angeles, California.

_____
SANDRA ALVARENGA



**Confirmation #:** 22017236
**Case Title:** Dugo vs. Virgin America, Inc.

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | Orange County, Superior Court of California |
| **Court Branch:** | Central Justice Center Santa Ana |
| **Case Title:** | Dugo vs. Virgin America, Inc. |
| **Case Category:** | Civil - Unlimited |
| **Case Type:** | Civil Rights |
| **Case #:** | 30-2018-01022173-CU-CR-CJC |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | eFiling |
| **Filing order #:** | 12505549 |
| **Date/Time Submitted:** | 11/20/2018 1:49 PM PT |
| **Client Billing Code:** | AIG.Dugo |
| **Contact Name:** | Sandra Alvarenga |
| **Attorney Name:** | Arthur Willner |
| **Email Notification:** | Contact |
| **Special Instructions:** | Please file and advance All fees for Answer to Complaint on behalf of Defendants Virgin America and Alaska Airlines |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded |
|---|---|---|
| Answer to Complaint | Defendants Virgin American, Inc., and Alaska Airlines, Inc.'s Answer to Complaint for Damages and Personal Injury; Demand for Jury Trial | 6 |

One Legal Copyright © 2018 One Legal LLC • www.onelegal.com