UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br>          Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA, INC.,<br>ALASKA AIRLINES, INC.; and<br>DOES 1-10, inclusive,<br><br>          Defendant. | Case No.: SA 8:18-cv-02081 AG-KES<br><br>**ORDER** |

-1-

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the above stipulation, as follows:

The Scheduling Order is amended to continue the discovery cutoff deadline by thirty (30) days to December 4, 2019, only for the purpose of completing depositions.

DATED: October 24, 2019

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE