**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br>Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA, INC.,<br>ALASKA AIRLINES, INC.; and<br>DOES 1-10, inclusive,<br><br>Defendant. | Case No.: SA 8:18-cv-02081 AG-KES<br><br>**ORDER DISMISSING** |

-2-

## ORDER

IT IS HEREBY ORDERED, pursuant to the above stipulation, as follows:

Plaintiff Donna Dugo's causes of action for (1) Violation of the Unruh Civil Rights Act, (2) Violation of the California Disabled Persons Act, (3) Violation of Section 503 of the Rehabilitation Act of 1973, and (8) Unfair Business Practices be dismissed and hereby are dismissed with prejudice.

DATED: 11/8/19

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE