# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No.  SACV 18-02081-AG (KESx)　　　　　　　　Date  November 22, 2019

Title:  Donna Dugo v. Virgin America, Inc. et al

Present: The Honorable  ANDREW J. GUILFORD

|  Melissa H. Kunig  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:　　　　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　　　　Not Present

---

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☒ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer　　mku