# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN AMERICA, INC., ALASKA AIRLINES, INC,; and Does 1-10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-02081-AG-KES<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Donna Dugo ("Plaintiff") and Virgin America, Inc. and Alaska Airlines, Inc. ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 30, 2020

_____
UNITED STATES DISTRICT JUDGE